AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of  MASSACHUSETTS

Comcast of SNE, Inc.

v.

Clarence Normil

**SUMMONS IN A CIVIL CASE**

**03    12267  REK**

CASE NUMBER:

TO: (Name and address of Defendant)

Clarence Normil
880 Bridge Street
Lowell, MA 01850

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ _days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE

NOV 1 4 2003

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the S



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

December 8, 2003

I hereby certify and return that on 12/05/03 at 12:15pm I served a true and attested copy of the SUMMONS, COMPLAINT, COVER SHEET, CORPORATE DISCLOSURE STATEMENT & CASE COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of CLARENCE NORMIL, 880 BRIDGE STREET, LOWELL, MA. and by mailing first class to the above address on 12/08/03. In the service hereof it was necessary and I actually used a motor vehicle 6 miles. Fees: Service $20.00, Conveyance $16.00, Attest $10.00, P&H $3.00, Travel $0.90, Total Fees $49.90

*Arthur Santos*

_____
Deputy Sheriff

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.