UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Southern New England,** | **CIVIL ACTION** |
| **Plaintiff** | **No. 03-12267-REK** |
| **V.** | |
| **Clarence Normil,** | |
| **Defendant** | |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>Comcast of Southern New England</u>, for an order of default for failure of the defendant <u>Clarence Normil</u> to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>5th</u> day of <u> May 2004.</u>

                                                          TONY ANASTAS, CLERK

                                                          /s/ Craig J. Nicewicz
**By:** _____
                                                          **Deputy Clerk**

**Notice mailed to: all counsel**
      **Mr. Clarence Normil**
      **880 Bridge Street**
      **Lowell, MA 01850**