# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **Comcast of Southern New England, Inc.** ) | Case No.: **03-12267 REK** |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) | **WITHOUT PREJUDICE** |
| ) | |
| **Clarence Normil** ) | |
| ) | |
| Defendant ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

                                             Respectfully Submitted for the Plaintiff,
                                             Comcast of Southern New England, Inc.
                                             By Its Attorney,

| | |
|---|---|
| 12/9/04 | /s/ John M. McLaughlin |
| Date | John M. McLaughlin |
| | **Green Miles Lipton & Fitz-Gibbon** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | Telephone: (413) 586-0865 |
| | BBO No. 556328 |

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 9th day of November, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Clarence Normil
7 Albion Street
Fl 2 Left
Lowell, MA 01850

                                                                   /s/ John M. McLaughlin
                                                                  John M. McLaughlin, Esq.